PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY **ule** , D.C.

05 MAY -3 PM 4: 51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**U.S.A. vs. Lee Bradford Arberg**                **Docket No.2:02CR20357-001**

### Petition on Probation and Supervised Release

      **COMES NOW** DAWN L. BROWN , PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Lee Bradford Arberg, who was placed on supervision by the Honorable Jon Phipps McCalla sitting in the Court at Memphis, TN , on the 14th day of July ,2003, who fixed the period of supervision at three (3) years*, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. **The defendant shall not possess any firearms or other dangerous weapons.**
2. **The defendant shall seek and maintain employment.**
3. **The defendant shall pay $643,976.42 restitution. (Balance $391,276.42)**

      * Supervised Release began on September 2, 2004, in the Southern District of Florida.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant shall not illegally possess a controlled substance.**

On December 12, 2004, Lee Bradford Arberg submitted a urine specimen which was positive for the use of Cocaine. As a sanction, the Probation Office for the Southern District of Florida has recommended that the defendant shall serve fifty (50) hours of Community Service Work. Mr. Arberg signed the attached Probation Form 49, (Waiver of Hearing to Modify Conditions of Probation/Supervised Release), agreeing to have his conditions modified to require fifty (50) hours of Community Service Work.

**PRAYING THAT THE COURT WILL ORDER** that a Special Condition is added to require **Lee Bradford Arberg** to serve fifty (50) hours of Community Service Work at a rate of ten (10) hours per month as directed by the Probation Officer.

**ORDER OF COURT**

Considered and ordered __3__ day of __May__ , 20 _05_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Respectfully,

_____
Dawn L. Brown
United States Probation Officer

Place: Memphis, Tn

Date: April 21, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5-9-05_

(55)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:02-CR-20357 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Lawrence J. Laurenzi
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT